Grover C. Campbell, appellee, v. The Baltimore and Ohio Railroad Company, appellant.

Action under Federal Employers' Liability Act, against railroad. Verdict for employee. Appeal from the Circuit Court of White county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923. Rehearing denied October 23, 1923.

Charles T. Randolph and Kramer, Kramer & Campbell, for appellant; Morison R. Waite and William A. Eggers, of counsel. F. M. Parish, for appellee; W. C. Kane, of counsel.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Louis Latinette, appellee, v. Southern Railway Company, appellant.

Action on the case for recovery for crops destroyed by water escaping from break in a sewer. Verdict and judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.

Kramer, Kramer & Campbell and R. Emmett Costello, for appellant. G. C. Borders and Owen Dillon, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Edward H. Frank et al., appellees, v. Joseph P. Streuber, State's Attorney of Madison County, Illinois, appellant.

Mandamus to compel State's Attorney of Madison County to file petition of *quo warranto* to test right of holders to certain offices in City of Edwardsville. Peremptory writ awarded. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923. Rehearing denied October 23, 1923.

J. F. Eeck, Wm. M. P. Smith and Joseph P. Streuber, for appellant. Terry, Gueltig & Powell, for appellees.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Burrel E. Leffler, defendant in error, v. Henry Wardein, plaintiff in error.

Assumpsit arising out of contract to furnish building materials and labor. Judgment for defendant. Error to the City Court of City of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923. Rehearing denied October 23, 1923.

B. J. O'Neill, for plaintiff in error. Wm. P. Boynton, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

T. W. Hay, appellant, v. John Collard, appellee.

Suit for balance due on city lot. Verdict for defendant. Judgment in accordance therewith. Appeal from the Circuit Court of White county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.

Richard Spicknall, Jr., for appellant. Joe A. Pearce, for appellee.

Mr. Justice Barry delivered the opinion of the court.